DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHELLE KHETARPAL,**
n/k/a **MICHELLE BOOTH,**
Appellant,

v.

**SUNIL KHETARPAL,**
**REX & REX LIMITED, INC.,**
a Florida corporation, and **KHETARPAL HOLDINGS, LLC,**
Appellees.

No. 4D16-2757

[January 10, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County, Howard K. Coates Jr., Judge; L.T. Case No. 50-2014-DR-001826-XXXX-NB.

Jeanne C. Brady and Frank R. Brady of Brady & Brady, P.A., Boca Raton, for appellant.

John T. Christiansen Jr. of Law Offices of John T. Christiansen, P.L., West Palm Beach, for appellees.

PER CURIAM.

The wife appeals a final judgment of dissolution of marriage, challenging the trial court's determination of marital assets, denial of permanent alimony, interpretation of the prenuptial agreement, and valuation date for marital assets. We find the issues raised to be without merit and affirm without discussion. However, we reverse and remand for the limited purpose of resolving a conflict in the judgment, which found the wife needed $5,200 per month in bridge-the-gap alimony but awarded $3,964.42 per month in bridge-the-gap alimony.

*Affirmed in part, reversed in part, and remanded.*

GERBER, C.J., LEVINE, J. and SINGHAL, RAAG, Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*